DNC 3/02

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983
in the United States District Court for the Middle District of North Carolina



MAJOR BOYD WHITLEY
_____

(Enter above full name of plaintiff – only one plaintiff permitted per complaint)

19CV358

v.

Sheriff Van Shaw
Captain M. Nesbitt
Lientenant W. Wallace
_____

(Enter above full name of defendant or defendants)

I. Previous law suits
  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in the action or otherwise relating to your imprisonment? Yes ( ) No (✓)
  B. If you answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)
    1. Parties to previous lawsuit:
       Plaintiffs: _____
       Defendants: _____
    2. Court (if federal court, name the district; if state court, name the county): _____
    3. Docket Number: _____
    4. Name of judge assigned to the case: _____
    5. Disposition (for example, was the case dismissed? Appealed? Is it still pending?) _____
    6. Approximate date of filing lawsuit: _____

II. Previous *in forma pauperis* lawsuits:
  A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes (✓) No ( )
    1. Name the court and docket number for each: I was in federal prison I don't remeber the name of court or the docket number
  B. Were any of these case dismissed under 28 U.S.C. § 1915(d) on the grounds that they were frivolous, malicious, or failed to state claim upon which relief may be granted? Yes (✓) No ( )
    1. If yes, how many? one
    2. Name the court and docket number for each: I don't remeber the court and docket number

III. Exhaustion of Inmate Administrative Remedies

2

A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure? Yes (✓) No ( )

B. If you answer is Yes:
1. When did you file your grievance? back in December in 2018.

2. What was your grievance? _____

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes (✓) No ( )
If yes, when was the decision and what was the result? The decision was in December of 2018. The jail refuse to grant my grievance or any kind of relief

C. If your answer to A or B(3) is no, identify the claim(s) and explain why not:

IV. Parties
A. Plaintiff(s)
Name of plaintiff: MAJOR BOYD WHITLEY

Current address (place of confinement): CABARRUS COUNTY DETENTION CENTER P.O. 790 CONCORD, N.C. 28026

(You may lose important legal rights unless you immediately notify the court of any address change.)

B. Defendant(s) (NOTICE: A person must be identified in this subsection B in order to be considered and served as a defendant.)
Name of defendant 1: VAN SHAW
Position: SHERIFF
Place of employment: CABARRUS COUNTY
Current address: 30 Corban Avenue SE, Concord, N.C. 28025

Additional defendant(s) Captain M. Nesbitt
Defendant 2: _____

Defendant 3: Lieutenant W. Wallace

Defendant 4: _____

(Continue on a separate sheet, if necessary.)

3

V. **Statement of Claim**
State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section III.B above is personally involved in depriving you of your rights. Include relevant times, dates, and places. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach extra sheets, if necessary.)

I have tried to get a understanding with jail staff, Sheriff Van Shaw, Captain M. Nesbitt, Lieutenant W. Wallace, concerning my rights to practice my religion, by and through grievance process, even through general request, I even wrote to north carolina prisoner legal services, ACLU north carolina. I have tried to request my religious preference bible the book of YHWH, The only bible the jail provide is christian bible, My request was denied by LT. Wallace, I appeal to Cpt. Nesbitt who also denied my request. I tried to request my issue to Sheriff Shaw but Lt. Wallace told me the won't hear my complaint. The Lieutenant and Captain both know I am indigent and the only person I have who use to send me money was my girl who is now lockup. But in both jail staff responses I was told to have someone to send in the Hebrew bible. I have also requested through grievance process to be taking out the pod and put inside the side class room wich be open on Sunday when the Gideons come to prech christianity belief. But once again my grievance request was denied forcing me to listing to christianity preching that I am going to hell if I don't pray to Jesus. Jail staff response was by them keeping my tray slot close that I should not be able to hear see "Exhibits 2-3" but thats not true when everybody quit and someone standing in middle of pod specking in loud voice thier words echo so I can hear the Gideons even when the tray slot is close. And here in the Cabarrus County detention center it's two men to a cell and I have been in fights cause I have had all room mates that won't to hear the Gideons because thier christianity belief. I also submitted a Grievance on February 21, 2019. Concerning my Kosher diet wich is also apart of my Hebrew Israelite religious belief practice. See Exhibits 6-16. LT. Wallace response was the vegan diet meets the same requirements as the kosher diet. LT. Wallace is no Food expert vegan diet is not Kosher Food. The Kosher diet and vegan diet are two different types of diets. Also my Hebrew Israelite beliefs keep the pastover "New moon" I can not eat any bread with yeast through first week of April. In the kosher diet thay have bread call moltz, The jail here don't even provide molte on any diets, Also the grape juice is also apart of my religious belief special diet. The jail do not provide grape juice on any diets.

MDNC 3/02

**VI.  Relief**

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS. CITY NO CASES OR STATUTES.

I seek $10,000 in damages a new policy that say Cabarrus County Detention center prisoners of all religious beliefs be treated equal. And the jail stop forcing pre-trail detainees who don't won't to participant on Sundays with Gideons Christianity fellowship, I respectfully requesting we be remove from the pod when the Gideons comes into preach. I am suing Lieutenant W. Wallace for $5,000 monetary damages in his individual capacity. I am suing Captain M. Nesbitt for $5,000 monetary dameges in his individual capacity, I am suing Sheriff Van Shaw for injunctive relief in official capacity. I also requesting Cabarrus County jail respect the Kosher diet in thier new policy. I respectfully request the following above relief for the mental and emotional injuryees jail staff cause me. And for such other and further relief to which the plaintiff may be entitled and which the court my deem just and proper.

Signed this  March  day of  28  20 19

Prison No.  25499

Signature  Major Whitley

5

*Exhibit-1*

# NORTH CAROLINA PRISONER LEGAL SERVICES, INC.

Post Office Box 25397
Raleigh, North Carolina 27611
(919) 856-2200
Facsimile Transmission (919) 856-2223

## CONFIDENTIAL LEGAL MAIL

March 18, 2019

Mr. Major B. Whitley
Cabarrus County Detention Center
OPUS #: 0497376
P.O. Box 790
Concord, NC 28026

NCPLS File #: 19-0173686

Dear Mr. Whitley:

We received your recent letter regarding your First Amendment right to practice your religion. Our office manages *The Safe and Humane Jails Project*. Under this project we collect and record information about North Carolina jails, and we work to ensure the health and safety of inmates throughout the state. Acting on behalf of inmates like you, we work on a cooperative basis with jail staff to correct health or safety issues concerning multiple inmates. We provide general legal advice and information, but we do not represent individuals in lawsuits against county jails.

We encourage you to resolve your concern on your own by filing a grievance at the jail or by speaking to officials about your concerns if you believe that jail policies are being violated. You will find a memo with the law regarding religion in jails. You can seek the advice of other attorneys, and you may be able to file a lawsuit on your own. There are strict time-limits for filing different kinds of lawsuits. Failure to file suit within the time allowed by law may prevent you from getting your case into court. The information we have provided should be helpful to you in this regard. With this letter, we are closing your file.

Sincerely,

*Taittiona Miles*

Taittiona Miles
Staff Attorney

Enclosures: Religious Claims in Prison Memorandum
Statute of Limitations Law Memorandum

# RELIGIOUS CLAIMS IN PRISONS OR JAILS

North Carolina jail inmates can resolve most religious exercise problems without filing a lawsuit. You should use your facility's grievance procedures or submit a request form to appropriate officials within your facility before filing a lawsuit. Often, this is a much more effective way of getting your needs met than filing a lawsuit.

In religion claims, Courts balance an inmate's right to exercise religion with the safety and security interests of correction officials. In the past, the legal standard for the balancing test was a "minimal scrutiny" test. A minimal scrutiny means that a regulation restricting the exercise of religion was valid if it was reasonably related to legitimate penological interests." *Turner v. Safley*, 482 U.S. 78 at 89 (1987). Courts also considered other factors under a minimal scrutiny test including: "the existence of alternative means for inmates to exercise their constitutional rights; the impact that accommodation would have on guards, inmates, and prison resources; and whether alternatives to the prison regulation are available at a "de minimus cost." Id. at 90-91.

Inmates can bring lawsuits about the free exercise of religion under both the Constitution and the Religious Land Use and Institutionalized Persons Act (RLUIPA) 42 U.S.C.S. § 2000cc et seq. RLUIPA is more favorable to inmates, but prisoners cannot seek money damages for violations of RLUIPA, *Sossamon v. Texas*, 131 S.Ct. 1651, 1663 (2011). RLUIPA made the law a little more favorable to prisoners raising religion claims. The balancing test is now that the prison or jail's restriction does not create "a substantial burden" on the inmate's ability to practice his or her religion. The religious restriction must be: 1) in furtherance of a compelling governmental interest; and 2) the least restrictive means of furthering that compelling governmental interest." 42 U.S.C. § 2000cc-1.

The Fourth Circuit Court of Appeals further defined "substantial burden" by stating that a substantial burden occurs "when a state or local government, through act or omission, put[s] substantial pressure on an adherent to modify his behavior and to violate his beliefs." *Lovelace v. Lee*, 472 F.3d 174, 187 (4th Cir. Va. 2006) (internal quotations omitted). Once an inmate shows the restriction is a substantial burden on the ability to practice his or her religion, the defendants must show that the religious restriction is the least restrictive means of furthering a compelling governmental interest." *Id.* at 189. It is very hard to show that a prison's security interests are not compelling governmental interests because Courts give heavy weight to evidence showing the policy or action is the least restrictive means of furthering that compelling interest.

Exhibit-2

# Workflow Interaction
## General Grievance

| Created Action | Issue ID / Comment | Resident | Current Status / Updated By |
|---|---|---|---|
| 12/8/2018 | 13399547 | MAJOR WHITLEY | Closed |
| 12/8/2018 | Submitted by MAJOR WHITLEY on 12/8/2018 5:01:27 PM | | MAJOR WHITLEY |
| 12/8/2018 | TO CAPTAIN NESBITT I AM RESUBITTING MY COMPLAINT CONCERNING MY RIGHTS TO MY PERSONAL RELIGIOUS PREFERENSESS LT. WALLACE TOLD ME THE ONLY RELIEF THE JAIL CAN PROVIDE IS MOVING ME TO A NUTHER CELL IT STILL DON'T STOP ME FROM HEARING THE CHRISTIANITY PREACHING THE STAFF HERE AT THE CABARRUS COUNTY JAIL HAS INTENIONALLY DEPRIVED MY 1ST AMENDMENT RIGHTS THATS PROTECTED BY THE CONSTITUTION I BEEN CONFINED IN THE CABARRUS JAIL SINCE JULY 31,2018 AND IN BOOKING I INFORMED THEM OF MY RELIGIOUS PREFERENCESS THAT I AM A HEBEREW ISRAELITE BUT EVERY SUNDAY THE JAIL BRING IN GIDEONS AND FORCE ALL PRE-TRAIL DETAINEE TO HEAR CHRISTIANITY PRECHING EVEN IF MY TRAY SLOT IS CLOSED I STILL HEAR IT. ITS VERY INSULTING TO ME AS A HEBREW ISRAELITE. AS PRETRAIL DETAINEE I AM PROTECTED BY 14AMENDMENT AND STILL HAVE MY CITIZENS RIGHTS. I DO NOT WON'T TO BE FORCE TO LISTEN TO CHRISTIANITY PRECHING AND ALSO T AM SEEKING 5,000 IN US CURRENCY THANK YOU | | MAJOR WHITLEY |
| 12/8/2018 | Assigned to Sergeants-distribution list by MAJOR WHITLEY on 12/8/2018 5:01:27 PM | | MAJOR WHITLEY |
| 12/8/2018 | Assigned to m nesbitt by s purcell on 12/8/2018 5:13:35 PM | | s purcell |
| 12/10/2018 | Accepted by m nesbitt on 12/10/2018 12:15:24 PM | | m nesbitt |

# Workflow Interaction

## General Grievance

| Created / Action | Issue ID / Comment | Resident | Current Status / Updated By |
|---|---|---|---|
| 12/6/2018 | 13374979 | MAJOR WHITLEY | Closed |
| 12/6/2018 | Submitted by MAJOR WHITLEY on 12/6/2018 2:33:46 PM | | MAJOR WHITLEY |
| 12/6/2018 | MY COMPLAINT IS CONCERNING MY LIVING CONDITIONS HERE ON FIRST FLOOR HBB POD. THE OFFICERS THAT WORK HERE ON FIRST FLOOR DO NOT CARE ABOUT KEEPING THE POD SANITZE PROPERLY. WHICH IS A ACT OF NEGLECTING THERE DUITY AND RESPONSIBILITY UDER COLOR OF LAW PROTECTING MY PER-TRAIL DETAINEE CONSTITUTION RIGHTS UNDER 5,14, AMENDMENTS. I HAVE SPOKEN TO OFFICERS NUMEROUS OF TIMES ABOUT THE TRUSTEE NOT CLEANING THE FOOD TRIP OUTER PASSING OUT TRAYS AND ALSO THE OFFICERS STILL NOT WEARING NETS THEY SEME TO THANK THEY DON'T HAVE TO WEAR NETS WHEN THEY PASSING OUT THE JUICE I HAD HAIR IN MY JUICE WICH WAS NOT MY HAIR. FOR MY SALUTATION TO MY GRIEVANCE IS THE OFFICERS START BEING SANITZE PROPERLY. | | MAJOR WHITLEY |
| 12/6/2018 | Assigned to Sergeants-distribution list by MAJOR WHITLEY on 12/6/2018 2:33:46 PM. | | MAJOR WHITLEY |
| 12/7/2018 | Accepted by j burnette on 12/7/2018 2:08:33 AM | | j burnette |
| 12/7/2018 | ok. thank you | | j burnette |
| 12/7/2018 | Assigned to None by j burnette on 12/7/2018 2:08:33 AM | | j burnette |
| 12/7/2018 | Closed by j burnette on 12/7/2018 2:08:37 AM | | j burnette |

Exhibit-3

# Workflow Interaction
## General Grievance

| Created / Action | Issue ID / Comment | Resident / Current Status / Updated By |
|---|---|---|
| 12/10/2018 | Mr. Whitley, I'm curious as to what made you decide to resubmit your complaint after you told Lt. Wallace you were good with things the way they were. I ask, because not only did you tell Lt. Wallace you were good with things the way they were this time, but you also told Lt. Lister the last time you were here, that closing the tray slot would address your issue, the last time you were in our facility. You are on the upper tier of your pod and if your door and tray slot are both closed, then there should be no issue of you hearing what's being said on the lower tier, no matter who it is. Most people can't hear what's being said directly to them, when the person is standing in front of their cell door. I'm not sure if this helps you any, but the Gideon's are non-denominational and I've found that Hebrew Israelites adhere to the King James version of the Bible. While again, there should be no issue with you having to hear what the Gideon's are saying if you don't want too, it seems they are sharing is the same as your belief. So, is this really what your issue is about?<br><br>Capt. Nesbitt | m nesbitt |
| 12/10/2018 | Assigned to None by m nesbitt on 12/10/2018 12:15:24 PM | m nesbitt |
| 12/10/2018 | Closed by m nesbitt on 12/10/2018 12:15:27 PM | m nesbitt |

## Workflow Interaction

### General Grievance

| Created / Action | Issue ID / Comment | Resident | Current Status / Updated By |
|---|---|---|---|
| 12/11/2018 | 13434462 | MAJOR WHITLEY | Closed |
| 12/11/2018 | Submitted by MAJOR WHITLEY on 12/11/2018 5:47:06 PM | | MAJOR WHITLEY |
| 12/11/2018 | TO CAPTAIN NESBITT, THIS ISLAND | | MAJOR WHITLEY |
| 12/11/2018 | Assigned to Sergeants-distribution list by MAJOR WHITLEY on 12/11/2018 5:47:06 PM | | MAJOR WHITLEY |
| 12/11/2018 | Assigned to w wallace by j burnette on 12/11/2018 6:00:52 PM | | j burnette |
| 12/12/2018 | Assigned to m nesbitt by w wallace on 12/12/2018 1:12:29 PM | | w wallace |
| 12/21/2018 | Rejected by m nesbitt on 12/21/2018 4:02:17 PM | | m nesbitt |
| 12/21/2018 | I'm not even sure what this means<br><br>Capt. Nesbitt | | m nesbitt |
| 12/21/2018 | Assigned to None by m nesbitt on 12/21/2018 4:02:17 PM | | m nesbitt |
| 12/21/2018 | Closed by m nesbitt on 12/21/2018 4:02:22 PM | | m nesbitt |

Case 1:19-cv-00358-TDS-JLW   Document 2   Filed 04/01/19   Page 10 of 18

Exhibit-4

# Workflow Interaction

## General Grievance  See back ☆

| Created Action | Issue ID Comment | Resident | Current Status | Updated By |
|---|---|---|---|---|
| 12/14/2018 | 13467667 | MAJOR WHITLEY | Closed | |
| 12/14/2018 | Submitted by MAJOR WHITLEY on 12/14/2018 9:43:56 AM | | | MAJOR WHITLEY |
| 12/14/2018 | TO CAPTAIN NESBITT,THIS IS TO ACKNOWLEDGE RECEIPT OF YOUR CORRESPONDENCE TO MY RESUBMITTED GRIVANCE CONCERNING MY RELIGIOUS PROFERENCESS RIGHTS I RESUBMITTING MY GRIEVANCE CONCERNING MY RELIGIOUS PREFERENCESS RIGHTS I RESUBMITTING MY GRIEVANCE BECAUSE I HAVE U. S. CITIZENS RIGHTS I CONSULT WITH A LAWER THE FIRST AMENDMENT SAYS CONGRESS SHALL MAKE NO LAW RESPECTING AN ESTABLISHMENT OF RELIGION OR PROHIBTING THE FREE EXERCISE THERE OF MR. NESBITT IN YOUR RESPONSE YOU WAS TRYING TO COMPARE KING JAMES BIBLE TO THE BOOK OF YHWH JUST TO CLARIFY THEIR ARE TWO DIFFERENT BELIEF CHRISTIAN BELIEVE IN PRAYING TO JESUS HEBREW ISRAELITE PRAY TO YHWH I AM RESPECTFULLY REQUESTING COPY OF MY RESUBMITTED GRIEVANCE AND YOUR RESPONSE THE FIRST AMENDMENT SAYS I HAVE RIGHTS TO FILE TO COURTS MY GROUNDS ARE MY 1ST,5TH,14, AMENDMENTS RIGHTS ARE BEING VIOLATED BY CABARRUS COUNTY JAIL BY MAKING ME SUBECTED TO DESCRIMINATION. | | | MAJOR WHITLEY |
| 12/14/2018 | Assigned to Sergeants-distribution list by MAJOR WHITLEY on 12/14/2018 9:43:56 AM | | | MAJOR WHITLEY |
| 12/14/2018 | Assigned to m nesbitt by c dorton on 12/14/2018 10:18:28 AM | | | c dorton |
| 12/25/2018 | Accepted by m nesbitt on 12/25/2018 8:49:07 AM | | | m nesbitt |

Exhibit - 5

## Workflow Interaction

### General Grievance

| Created Action | Issue ID Comment | Resident | Current Status Updated By |
|---|---|---|---|
| 12/25/2018 | Mr. Whitley,<br><br>I originally went to respond to this, but saw that you were in Rowan County for another case. I apologize for the delay in this response, since you were on transport. My response was an attempt to address any concern that you have. In doing so, I asked you a couple of questions in an attempt to address your grievance. Not answering the questions on your part, shows an unwillingness on your part, to assist us in addressing your grievance. I will be more than happy to provide you any records of these grievances/responses, for your records when I return.<br><br>Capt. Nesbitt | | m nesbitt |
| 12/25/2018 | Assigned to None by m nesbitt on 12/25/2018 8:49:07 AM | | m nesbitt |
| 12/25/2018 | Closed by m nesbitt on 12/25/2018 8:49:17 AM | | m nesbitt |

Case 1:19-cv-00358-TDS-JLW   Document 2   Filed 04/01/19   Page 12 of 18

Exhibit-6

See back ★

# Workflow Interaction
## General Grievance

| Created Action | Issue ID / Resident Comment | Current Status / Updated By |
|---|---|---|
| 2/21/2019 | 14283516 MAJOR WHITLEY | Closed |
| 2/21/2019 | Submitted by MAJOR WHITLEY on 2/21/2019 1:20:31 PM | MAJOR WHITLEY |
| 2/21/2019 | I AM RESPECTFULLY REQUESTING THAT TO BE ABLE TO KEEP THE THE NEW MOON WHICH IS MY RELIGIOUS BELIEFS AS A HEBREW ISRAELITE IT'S STARTS ON APRIL 1-7 I HAVE TO EAT A KAOSHER DIET AND NO BREAD WITH YEASE IT IS MY CONSTITUTION RIGHT TO HAVE FREE EXERCISES OF RELIGIOUS PRACTICE SEE SOSSAMON V. TEXAS, 131 S. CT. 1663 (2011). I NEED COPIES OF THIS GRIEVANCE AND THE RESPONSE TO IT | MAJOR WHITLEY |
| 2/21/2019 | Assigned to Sergeants-distribution list by MAJOR WHITLEY on 2/21/2019 1:20:31 PM | MAJOR WHITLEY |
| 2/21/2019 | Assigned to w wallace by a haynie on 2/21/2019 4:24:31 PM | a haynie |
| 2/25/2019 | Rejected by w wallace on 2/25/2019 11:11:01 AM | w wallace |
| 2/25/2019 | This is not a grievance, resubmit under general request. | w wallace |
| 2/25/2019 | Assigned to None by w wallace on 2/25/2019 11:11:01 AM | w wallace |
| 2/25/2019 | Closed by w wallace on 2/25/2019 11:11:03 AM | w wallace |

# Workflow Interaction

## General Grievance

| Created Action | Issue ID / Comment | Current Status | Updated By |
|---|---|---|---|
| 2/25/2019 | 14330144  MAJOR WHITLEY | Closed | |
| 2/25/2019 | Submitted by MAJOR WHITLEY on 2/25/2019 3:30:32 PM | | MAJOR WHITLEY |
| 2/25/2019 | I have put a request on the 21st of this month you replied on 25th but haven't gave me anything i would like a copy of what you and i said on these days | | MAJOR WHITLEY  *Exhibit-7* |
| 2/25/2019 | Assigned to Sergeants-distribution list by MAJOR WHITLEY on 2/25/2019 3:30:32 PM | | MAJOR WHITLEY |
| 2/25/2019 | Assigned to k cain by s purcell on 2/25/2019 10:57:31 PM | | s purcell |
| 2/27/2019 | Assigned to w wallace by k cain on 2/27/2019 8:30:12 AM | | k cain |
| 2/27/2019 | Accepted by w wallace on 2/27/2019 10:53:26 AM | | w wallace  *Exhibit-8* |
| 2/27/2019 | I have your request. New Moon is a month away. I will get with you before it begins. | | w wallace |
| 2/27/2019 | Assigned to None by w wallace on 2/27/2019 10:53:26 AM | | w wallace |
| 2/27/2019 | Closed by w wallace on 2/27/2019 10:53:28 AM | | w wallace |
| 3/5/2019 | 14429841  MAJOR WHITLEY | Closed | |
| 3/5/2019 | Submitted by MAJOR WHITLEY on 3/5/2019 2:04:13 PM | | MAJOR WHITLEY |
| 3/5/2019 | I HAVE REQUESTED COPIES OF MY REQUESTS CONCERNING THE NEW MOON PASS OVER AND THE RESPONSES TO MY REQUESTS I WAS TOLD BY LT. THAT I WILL GET THEM BY MAIL OVER 4 DAYS AGO | | MAJOR WHITLEY  *Exhibit-9* |
| 3/5/2019 | Assigned to Sergeants-distribution list by MAJOR WHITLEY on 3/5/2019 2:04:13 PM | | MAJOR WHITLEY |
| 3/5/2019 | Rejected by w wallace on 3/5/2019 4:21:30 PM | | w wallace  *Exhibit-10* |
| 3/5/2019 | This is not a grievance, I will send them to you. | | w wallace |
| 3/5/2019 | Assigned to None by w wallace on 3/5/2019 4:21:30 PM | | w wallace |
| 3/5/2019 | Closed by w wallace on 3/5/2019 4:22:20 PM | | w wallace |

# Workflow Interaction
## General Request ✱  *see back ✱*

| Created Action | Issue ID / Resident / Comment | Current Status / Updated By |
|---|---|---|
| 2/25/2019 | 14331070  MAJOR WHITLEY | Closed |
| 2/25/2019 | Submitted by MAJOR WHITLEY on 2/25/2019 4:24:47 PM | MAJOR WHITLEY |
| 2/25/2019 | I AM REQUESTING TO BE ABLE TO KEEP THE PAST OVER IT START ON APRIL 1 THROUGH 7 I AM HEBREW ISRAELITE IT'S ALREADY KNOWN IN THE JAIL SYSTEM I CANNOT EAT BREAD WITH YEAST AND I GOT EAT A KAOSHER DIET FOR THE NEW MOON PAST OVER I HAVE A RIGHT TO FREE EXERCISE TO PRACTICE MY RELIGIOUS BELIEFS SEE THE FIRST AMENDMENT | MAJOR WHITLEY  *Exhibit-11* |
| 2/25/2019 | Assigned to Sergeants-distribution list by MAJOR WHITLEY on 2/25/2019 4:24:47 PM | MAJOR WHITLEY |
| 2/25/2019 | Assigned to w wallace by s purcell on 2/25/2019 10:56:48 PM | s purcell |
| 2/26/2019 | Final Response by w wallace on 2/26/2019 5:57:19 PM | w wallace |
| 2/26/2019 | We can accommodate your request, the diet however, is vegan and it meets the same requirements as the kosher diet. I am sure you heard me tell another inmate that several weeks back. So if you're ok with getting the vegan diet during the New Moon let me know and i'll arrange it. | w wallace  *Exhibit-12* |
| 2/26/2019 | Assigned to None by w wallace on 2/26/2019 5:57:19 PM | w wallace |
| 2/26/2019 | Closed by w wallace on 2/26/2019 5:57:21 PM | w wallace |

## Workflow Interaction

### General Request

| Created Action | Issue ID Comment | Resident | Current Status | Updated By |
|---|---|---|---|---|
| 2/27/2019 | 14356993 | MAJOR WHITLEY | Closed | |
| 2/27/2019 | Submitted by MAJOR WHITLEY on 2/27/2019 2:21:12 PM | | | MAJOR WHITLEY |
| 2/27/2019 | I AM REQUESTING TO BE ABLE TO PRACTICE MY RELIGIOUS BELIEFS THE KAOSHER DIET IS NOT THE VEGAN DIET FOR THE PASTOVER ISRAELITE AND JEWISH PEOPLE HAVE TO EAT SPECIAL DIET AND BREAD WITH NO YEAST IT IS MY FIRST AMENDMENT RIGHTS TO MY RELIGIOUS DIET I AM REQUESTING COPIES OF ALL MY REQUEST AND YOUR RESPONSE CONCERNING THIS MATTER THANK YOU | | | MAJOR WHITLEY  Exhibit-13 |
| 2/27/2019 | Assigned to Sergeants-distribution list by MAJOR WHITLEY on 2/27/2019 2:21:12 PM | | | MAJOR WHITLEY |
| 2/27/2019 | Final Response by w wallace on 2/27/2019 4:21:34 PM | | | w wallace  Exhibit-14 |
| 2/27/2019 | Are you requesting a special diet for the remainder of your stay or just for new moon. | | | w wallace |
| 2/27/2019 | Assigned to None by w wallace on 2/27/2019 4:21:34 PM | | | w wallace |
| 2/27/2019 | Closed by w wallace on 2/27/2019 4:21:36 PM | | | w wallace |

## Workflow Interaction

### General Request

| Created Action | Issue ID Comment | Resident | Current Status Updated By |
|---|---|---|---|
| 2/28/2019 | 14375409 | MAJOR WHITLEY | Closed |
| 2/28/2019 | Submitted by MAJOR WHITLEY on 2/28/2019 6:24:38 PM | | MAJOR WHITLEY |
| 2/28/2019 | YES AS LONG AS IT'S KAOSHER DIET NOT VEGAN ALSO FOR THE NEW MOON I CAN NOT EAT BREAD WITH ANY YEAST I STILL NEED ALL COPIES OF MY REQUESTS AND YOUR RESPONSES CONCERNING THIS MATTER. | | MAJOR WHITLEY  Exhibit-15 |
| 2/28/2019 | Assigned to Sergeants-distribution list by MAJOR WHITLEY on 2/28/2019 6:24:38 PM | | MAJOR WHITLEY |
| 3/1/2019 | Assigned to w wallace by T Culp on 3/1/2019 1:38:20 AM | | T Culp |
| 3/1/2019 | Final Response by w wallace on 3/1/2019 10:51:35 AM | | w wallace |
| 3/1/2019 | I will send you all the request and grievances. As I have told you already, our facility recognizes the vegan diet (which we offer for religious reasons) to be applicable for the requested religious kosher diet as well. At this point I will not schedule you to receive the diet as you have stated that you do not want the diet we use for kosher, the vegan diet. Should you change your mind please let me know and I will be happy to accommodate your request for a special diet during your religious observance of New Moon. | | w wallace  Exhibit-16 |
| 3/1/2019 | Assigned to None by w wallace on 3/1/2019 10:51:35 AM | | w wallace |
| 3/1/2019 | Closed by w wallace on 3/1/2019 10:51:44 AM | | w wallace |

Total Number Of Issues for Workflow: 5

## Workflow Interaction

### Indigent Reading Glasses

| Created / Action | Issue ID / Comment | Resident | Current Status | Updated By |
|---|---|---|---|---|
| 2/8/2019 | 14124896 | MAJOR WHITLEY | Closed | |
| 2/8/2019 | Submitted by MAJOR WHITLEY on 2/8/2019 2:38:56 PM | | | MAJOR WHITLEY |
| 2/8/2019 | we cant order canteen in the restriction pod i talk to Lt. wallace and he said the only thing we can order is indingent and he said the only way i can get them is indingent<br><br>i need more glasses cause my glasses broke | | | MAJOR WHITLEY |
| 2/8/2019 | Assigned to Indigent Reading Glasses Group by MAJOR WHITLEY on 2/8/2019 2:38:56 PM | | | MAJOR WHITLEY |
| 2/8/2019 | Final Response by D Anthony on 2/8/2019 4:56:12 PM | | | D Anthony |
| 2/8/2019 | you received glasses on 9/8 each inmate gets one pair of glasses | | | D Anthony |
| 2/8/2019 | Assigned to None by D Anthony on 2/8/2019 4:56:12 PM | | | D Anthony |
| 2/8/2019 | Closed by D Anthony on 2/8/2019 4:56:13 PM | | | D Anthony |
| 2/11/2019 | 14159004 | MAJOR WHITLEY | Closed | |
| 2/11/2019 | Submitted by MAJOR WHITLEY on 2/11/2019 4:33:38 PM | | | MAJOR WHITLEY |
| 2/11/2019 | that last year when i was here when i got eye glasses | | | MAJOR WHITLEY |
| 2/11/2019 | Assigned to Indigent Reading Glasses Group by MAJOR WHITLEY on 2/11/2019 4:33:38 PM | | | MAJOR WHITLEY |
| 2/11/2019 | Final Response by D Anthony on 2/11/2019 4:40:50 PM | | | D Anthony |
| 2/11/2019 | you came in this time on 7-13-2018 and you got them 9-5-2018 | | | D Anthony |
| 2/11/2019 | Assigned to None by D Anthony on 2/11/2019 4:40:50 PM | | | D Anthony |
| 2/11/2019 | Closed by D Anthony on 2/11/2019 4:40:51 PM | | | D Anthony |

Total Number Of Issues for Workflow: 2