IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAJOR BOYD WHITLEY,
Plaintiff

v.

SHERIFF VAN SHAW, et al.,
Defendant(s)

1:19cv358

A ternative motion for relief from the stay

AFFIDAVIT

FILED MAY 17 2019 Clerk U.S. District Court Greensboro, N.C. BY ___

On and for record!

I MAJOR BOYD WHITLEY, in propria persona Suijuris do appear specially and not generally. I did reach majority and do state the following as true under penalty and perjury.

1. I am a natural person.
2. MAJOR BOYD WHITLEY is a legal corporate entity.
3. On date of April 7, 2019, I received and order from U.S. Magistrate judge Joe L. Webster concerning payment of filing fee for Civil Action No. 1:19CV358.
4. I am respectfully requesting relief from the stay order.
5. I had not had any access to any funds for the initial payment for filing fee for Civil Action No. 1:19CV358.
6. I am submitting a copy of my account balance on a receipt which show Indigent kit, And I have no funds.