*Exhibit*

Quality Assured By: 1255                                                                                           Green

25499          WHITLEY, MAJOR                                             Receipt #4621711
Location       HB   HBA66 - HBA66

Cabarrus County Sheriff's Office                    05/03/2019

Invoice : 101171:cabarrusNC-1623

| Code  | Qty | Product       | Price | Ext  |
|-------|-----|---------------|-------|------|
| 19800 | 1   | Indigent Kit  | 0.00  | 0.00 |

1 Items

| | |
|---|---|
| Start Balance | $0.00 |
| Resident Paid | $0.00 |
| End Balance | $0.00 |

Delivered By: _____
Date: _____
Resident: _____

By signing, I acknowledge that I have received the items checked off above. I authorize the deduction of funds from my account. I understand that all sales are final