IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAJOR BOYD WHITLEY : 1:19CV358
           Plaintiff, :
                      : MOTION TO RELIEF FROM STAY.
    V.                : AFFIDAVIT.
SHERIFF VAN SHAW, et al., :
           Defendant(s). :

on and for record!

I MAJOR BOYD WHITLEY, in propria person Suijuirs do appear specially and not generally. I did reach majority and do state the following as true under penalty and perjury.

1. I am a natural person.
2. MAJOR BOYD WHITLEY is a legal corporate entity.
3. I am respectfully requesting relief from the stay order.
4. I had not had any acces to any funds for the initial payment for filing fee for civil action No. 1:19 CV 358.
5. I am submitting a copy of my jail account balance statement.

Respectfully Submitted under penalty of perjury /s/ *maje Whitley*

MAJOR B. Whitley
25499
Cabarrus county Detention
P.O. Box 790
Concord, N.C. 28026

June 3, 2019.

In The United States District Court
For the Middle District of North Carolina

| | | |
|---|---|---|
| MAJOR BOYD WHITLEY | : | 1:19 CV 358 |
|    Plaintiff, | : | Statement under |
| v. | : | penalty of perjury |
| SHERIFF VAN SHAW, et al., | : | Affidavit |
|    Defendant(s). | : | |

On and for the record!

I MAJOR BOYD WHITLEY, in propria person Suijuirs do appear specially and not generally. I did reach majority and do state the following as true under penalty of perjury.

1. I am a natural person.
2. MAJOR BOYD WHITLEY
3. I swear under penalty of perjury that I have not had any access to any funds for the initial payment for filing fee for civil action No. 1:19 CV 358.

Respectfully Submitted under penalty of perjury /s/ Major Whitley

           MAJOR B. Whitley
           25499

           Cabarrus County Detention
           P.O. Box 790
           Concord, N.C. 28026
           June 3, 2019.

## Resident Transactions



Transactions From 1/1/2019 12:00 AM to 6/3/2019 11:59 PM

### 25499 : WHITLEY, MAJOR B
HB   HBD63 HBD63

| | Main Balance: | $0.00 |
|---|---|---|
| | Medical Charge Debt: | $9.84 |

| Receipt | Date | Type | Comment | Amount |
|---|---|---|---|---|
| 804935 | 1/24/2019 | BillPay | PAYMENT FOR TRANS 804934 | -$0.16 |
| 804934 | 1/24/2019 | Bill | Medical Charge : SICK CALL ON 1/22 | |

Respectfully submitted under penalty of perjury /s/ Major Whitley

Account balance statement from last six months. Major Whitley

MAJOR B WHITLEY
25499
Cabarrus County Detention
P.O. Box 790
Concord, N.C. 28026

June 3, 2019.