IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-358

| | |
|---|---|
| MAJOR BOYD WHITLEY ) | |
| ) | |
| Plaintiff, ) | PROPOSED ORDER |
| ) | EXTENDED TIME |
| ) | TO ANSWER |
| SHERIFF VAN SHAW, et al., ) | |
| ) | |
| Defendants. ) | |

PROPOSED ORDER FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND

The defendants' motion to extend time to answer is hereby granted and the defendants shall file an answer or responsive pleading by August \_\_\_\_\_, 2019

_____
Clerk, United States District Court