UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

MAJOR BOYD WHITLEY
   Plaintiff

SHERIFF VAN SHAW, et al.
   Defendant

Civil action No. 1:19CV358

Motion to Judgment by Default
Request against Defendant's

Requirement [Motion] to demand relief in the complaint
Document 2 filed 4-1-19

ON AND FOR THE RECORD!

I received a notice of electronic filing regarding text order granting Docket [11] motion for extension of time to answer or respond. The united states Marshal did obtain service. Return Executed on 7-1-19. Answer due date of 7-22-2019. Was entered 7-8-19. See docket [10]. Defendants motion for extension of time notice of electronic filing was entered on date of 7-25-2019. Outside answer due date of 7-22-2019. Plaintiff never received copy of motion for extension of time for good cause shown, that was filed by defendants. See Fed. R. Civ. P. 12 (a) (2) or (3) Rule 12 of the federal rules of civil procedure, plaintiff respectfully request judgement by default be entered against defendant's. Defendants motion for extension of time to answer was filed after the deadline. Plaintiff request relief demanded in complaint.

/s/ Major Whitley
8-5-2019.