UNITED STATES DISTRICT COURT
for the Middle District of
North Carolina

MAJOR BOYD WHITLEY,
　　　Plaintiff,

vs.

CAPTAIN M. NESBITT,
　　　Defendant,

Case No.: 1:19-CV-00358-TDS-JLW

REQUEST FOR ADMISSIONS

MAJOR BOYD WHITLEY, Plaintiff requests that you admit all the following matters for purposes of this action. Under the provisions of Rule 36 of the Federal Rules of Civil Procedure, you are required to respond to this Request For Admissions, in writing, within 30 days of the service of this Request. Your response must be signed as required by Rule 26(g) of the Federal Rules of Civil Procedure. If you fail to respond to this Request for Admission within the time allowed, every matter set forth in this request may be deemed admitted and conclusively established against you for purposes of this action. REQUESTS

ADMIT THAT:

REQUESTS No. 1, When plaintiff submitted grievance concering his Hebrew Israelite religious beliefs being violated by the jail not taking plaintiff out of houseing pod when Gideons were coming in the jail to preach the christianity beliefs that plaintiff going to hell for praying to his God YAHWEH, And not christian God JESUS. you refused to stop the abuse that plaintiff was suffering. Plaintiff had to suffer this cruel and unusual punishment from July 31, 2018. To May of 2019. When jail stop letting the Gideons in the jail to force thier christianity beliefs on all pre-trail detainees. See Exhibit-A Booking report.

REQUEST No. 2, You refused the plaintiffs Liberty protected by the due process clause, And Fourteenth Amendment, by not providing his religious items the Hebrew bible the Book of Yahweh, But provides the christians thier bibles All pre-trail detainees must be treated equel.

page 1 of 2.

Date 8-13-2019.                    MAJOR BOYD WHITLEY #25499
                                   /s/ Major M. Whitley
                                   Cabarrus County Detention Center
                                   P.O. Box 790
                                   ConCord, N.C. 28026












                        page 2 of 2.