| | | | |
|---|---|---|---|
| Booking # **63281** | | Status **Active** | Active Held |
| Date/Time **07/31/2018 19:22** | Cell Location **MH, HB, HBB14, 1** | | |
| Booking Officer **TORRES, J. S. (0660)** | Name ID **25499** | | |
| Fingerprint Officer **TORRES, J. S. (0660)** | Prior Bookings **55088** | | |
| Search Officer **KELLY, M. K. (0442)** | | | |
| Fingerprint **N/A** | Security **MED** | | |
| Property Bins **D50** | | | |

## INMATE INFORMATION

| | | | |
|---|---|---|---|
| Name **WHITLEY, MAJOR BOYD** | | Local ID (Names) **N/A** | |
| Address **2453 PENNINGER RD** **CONCORD, NC 28025** | | Race **B** / Sex **M** Hair **BLK** / Eye **BRO** | |
| DOB **06/23/1980** | Age **38** | Height **5'05** | Weight **135** |
| SSN **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** | Marital Status **Single, 1 Dependent** | Time Lived In Area **Unk** | |
| Local ID (Jail) **N/A** | SID **NC0641590A** | FBI # **514486XA7** | |
| Juvenile **Adult** | Country of Birth **United States** | Citizenship **United States** | |
| Employer **Unemlpoyed** | | Religion **Hebrew** | |
| Employer Address **N/A** | | Employer Phone # **704- -** | |
| Attorney **Unk** | | Attorney Phone # **N/A** | |
| AKA **None** | | | |
| Jail Alerts **MEDICAL, SOVEREIGN CITIZEN** | | | |

## CHARGES

| Case ID | Date Arrested | Officer | Agency | Charge | UCR | Charge Type | Charge Status | Bond Amount | Bond Status | Bond Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | 09/21/2018 | Hodges | OTH | POSS OF FIREARM BY FELON | 520 | F | PRET | $5,000.00 | ACTI | SC01 |
| | 09/21/2018 | Hodges | OTH | ROBBERY W/DANGEROUS WEAPON | 120 | F | PRET | $10,000.00 | ACTI | SC02 |
| | 09/21/2018 | Hodges | OTH | ASSAULT AND BATTERY | 13B | M | PRET | | ACTI | SC02 |
| | 08/27/2018 | 0416 | CT | SIMPLE POSSESSION SCH VI CS (M) | 35A | M | SENT | | ACTI | OTH |
| | 08/21/2018 | Morris | CPD | FAIL TO APPEAR-MISDEMEAN | 90Z | M | PRET | $1,000.00 | ACTI | SC04 |
| | 08/21/2018 | Morris | CPD | BREAKING AND OR ENTERING (F) | 220 | F | PRET | $25,000.00 | ACTI | SC05 |
| | 08/21/2018 | Morris | CPD | LARCENY AFTER. | 220 | F | PRET | | ACTI | SC05 |

| Case ID | Date Arrested | Officer | Agency | Charge | UCR | Charge: Type | Charge: Status | Amount | Bond: Status | Bond: Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | 08/17/2018 | Sai | CPD | BREAK/ENTERING POSSESS STOLEN FIREARM (F) | 280 | F | PRET | $3,000.00 | ACTI | SC01 |
| | 07/31/2018 | Rodriguez | CPD | POSS OF FIREARM BY FELON | 520 | F | PRET | $25,000.00 | ACTI | SC01 |

**NOTES**

**PASSCODE# 600416**