IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

MAJOR BOYD WHITLEY
  Plaintiff,

   v.

SHERIFF VAN SHAW, et al.
  Defendant

Civil action No. 1:19CV

MOTION TO REQUEST TO
HOLD Defendant's In CONTEMPT/And
Grant Plaintiff COMPLAINT

FILED
SEP 13 2019
Clerk U.S. District Court
Greensboro, DC
BY

IN AND FOR THE RECORD!

I MAJOR BOYD WHITLEY in propria person suijuris do appear specially
and do state following as true under penalty of perjury:

1. I am a natural person.

2. MAJOR BOYD WHITLEY is a legal corporate entity.
It's September 10, 2019. And Defendant have not served
Plaintiff response to motion request for admissions wich this court
order Defendant to do by 9-9-2019. Defendant have not served
Plaintiff copy of document-15 ANSWER to Complaint, Plaintiff
have not have a chance to review document-15 Answer
Information withheld in document's-15, 14, do enable the
Plaintiff to contest the claim

Werefore Plaintiff prays the court grant this motion.
Respectfully submitted this 10th day of September
/s/ Major Whitley
 MAJOR BOYD WHITLEY.