MAJOR BOYD WHITLEY Civil Action No. 1:19CV358
 Plaintiff, Motion to Response to Defendant
 v. Response to Request for Admissions
SHERIFF VAN SHAW, et al
 Defendant.

ON AND FOR THE RECORD!

I MAJOR BOYD WHITLEY in propria person Suijuirs do appear specially and not generally. I did reach majority and do state the following as true under penalty of perjury:

1. I am a natural person.
2. Major Boyd Whitley is a legal corprate entity.
3. On the date of September 12, 2019. Plaintiff received Defendant response to Plaintiff request for admissions via mail. In Defendant response defendant denied violating plaintiff rights to worship God according to the dictates of his own coscience and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happines by free men.
4. Let the record reflect document-2 with supporting exhibits Complaint with supporting exhibits shows prima facie evidence that defendants violated plaintiff U.S. citizen rights protected by the constitution. The Supreme Court has subsequenty held that most provisions of the Bill of Rights apply to the states through the Due Process of the Fourteenth Amendment under a doctrine called "incorporation."

5. I have a right to cherish my religous preferencess just like any one else. Plaintiff did tryed to reach solution with defendants let the record reflect "see exhibits grievances." Plaintiff infromed defendants of deprivation of his first amendment and declaration rights cause by the jail forcing him to fellowship in christianity religion exercise. let the record reflect at the time of the crul inappropriate punisment cause by jail the defendants was acting under color of law.

6. Defendants conspire to interfere with the exercise of plaintiff rights secured by constitutions of the united states, and north carolina that enforces interprets, or impacts on a constitutional right, Let the record reflect.

7. Fourteenth Amendment: Section 1. All persons born or naturalized in the united States, and subject to the jurisdiction thereof, are citizens of the united states and of the states wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the united states; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction equal protection of the laws.

8. The supporting exhibits in this case is credible evidence that allows this honorable court to enter a finding of granting plaintiff complaint document-2.

Respectfully Submitted Major Whitley.
date 9-17-2019.

page 3 of 3.