IN THE UNITED STATES DISTRICT COURT
For The Middle District of North Carolina

| | |
|---|---|
| MAJOR BOYD WHITLEY, | Motion to Objections to |
| Petitioner, | Magistrate Judges Memorandum |
| | Opinion and Recommendation |
| v. | Pursuant to Fed. R. Civ. P. 72(b), |
| | 6(a), and 6(d). |
| SHERIFF VAN SHAW, et al., | 1:19CV358 |
| Defendant(s) | |

In and for the record!
I Major boyd Whitley in propria person suijuirs do appear specially and not generally.
I did reach Majority and do state the following as true:
I am a natural person.
Let the record reflict see Exhibits that was filed on date APR-1-2019, along with plaintiff Complaint. That through grievance procedure that the plaintiff brought to the defendants attention how the Cabarrus County detention Center was violating his first amendment right to practice his religion. The constitution do support that every man hath a right to petition the legislature for the redress of grievances in a peaceable and orderly manner. let the record reflict see exhibits plaintiff plea with defendants to be remove from the pod and not to be force to fellowship in christianity exerise every sunday. And for Ten months defendants refuse to remove plaintiff from the christianity fellowship.

page 1 of 2.

Citizens liberty are protected by the due process clause to Worship God according to the dictates of his own conscience and generally to enjoy those privileges long recognized at common law as essential to ~~enjoy~~ the orderly pursuit of happines by free men. Defendants is no food expert. the Kaosher diet and vegan diet are two different types of diets. Defendants violate ~~petition~~ plaintiff religion diet, ~~~~ Plaintiff resubmitted his grievance afther consulting with a lawer. See Exhibit page 4 of 18. also see exhibit page 7 of 18. Plaintiff was still able to hear the preching with tray slot closed the cell doors in the Cabarrus county detention center or sliding doors with an open space at the back of the door. Under law of the fourteenth amendment pre-trial detainess must be treated humanely and provided with the basic necessities of life. See Rhodes v. Chapman 452 U.S. 337, 345-47 (1981). Otherwise, there may be a constitutional violation. See e.g. Hutto v. Finney, 437 U.S. 678, 685 (1978).

~~~~ Plaintiff seeking the same relief in summary judgment and complaint.

Respectfully submitted /s/ Maje Whitley

Date 7-19-2020.

page 2 of 2.