# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MAJOR BOYD WHITLEY

      v.                                          Case Number: 1:19CV358

SHERIFF VAN SHAW, et al.

# N O T I C E

Take notice that a proceeding in this case has been **set** as indicated below:

    **PLACE:**              Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC
    **COURTROOM NO:**  1
    **DATE & TIME:**    **\* March 7, 2022 at 9:30 a.m.**
    **PROCEEDING:**     **Jury trial**

<u>**\*Counsel will be notified of a date certain for trial closer to the start of the term**</u>.

    A settlement conference in the above-referenced case will be set for a date at least two weeks before the commencement of the term. Counsel are directed to bring their clients and a representative from the corporations to the settlement conference.

    The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein. **Unless the court orders otherwise, pretrial disclosures must be made no later than February 4, 2022. Motions in limine must be filed no later than February 11, 2022. Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than February 18, 2022.**

    **Each party shall file a trial brief, along with proposed instructions on the issues no later than February 14, 2022.** Counsel shall consult and endeavor to file one (1) set of agreed upon jury instructions to the extent practicable and may file competing jury instructions where there is disagreement. An electronic Word version of the jury instructions shall be emailed to the assigned district judge's ECF mailbox.

---

John S. Brubaker, Clerk

By: /s/ Anita Engle, Deputy Clerk

Date: September 20, 2021

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD