MAJOR BOYD WHITLEY,
#0497376
Maury Correctional Institution
P.O. BOX 506
Maury, NC 28554

In the case of 1:19-cv-00358-TDS-JLW,
NOTICE of Change of Address
by ~~m.w.~~ Plaintiff.

Major boyd Whitley, #0497376
Maury Correctional Institution
P.O. Box 506
Maury, N.C. 28554

FILED OCT 12 2021 U.S. DISTRICT COURT Greensboro, N.C.

RECEIVED
In This Office
OCT 12 2021
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.