# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Major Boyd Whitley

    v.                                  Case Number: 1:19CV00358

Sheriff Van Shaw, et al

# N O T I C E

**Take notice** that a proceeding in this case has been **set**/reset as indicated below:

        PLACE:   John Hervey Wheeler United States Courthouse
                            323 E. Chapel Hill St., Durham, NC
COURTROOM NO.:   Second Floor Courtroom
DATE AND TIME:   February 8, 2022 at 10:00 am
PROCEEDING:    Settlement Conference

Each party is directed to prepare for the Court a document not exceeding three typewritten pages which sets out: (1) the perceived strength of that party's claims and/or defenses and (2) the perceived shortcomings of the opposing party's claims and/or defenses. **That document shall be served on the opposing party and <u>emailed</u> to the following ECF mailbox: jwebster@ncmd.uscourts.gov for Judge Webster's review no later than noon on February 1, 2022.**

**Counsel are directed to bring their clients or person with settlement authority to the settlement conference. If persons with settlement authority can not appear in person they may be available by phone if all parties agree.**

John S. Brubaker, Clerk

By: <u>/s/ Kimberly Garrett</u>, Deputy Clerk

Date:   January 10, 2022

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD