# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

MAJOR BOYD WHITLEY

        v.                                            Case Number: 1:19CV358

SHERIFF VAN SHAW, et al.

## NOTICE
_____

Take notice that a proceeding in this case has been **set** as indicated below:

        **PLACE:**        Hiram H. Ward Bldg., 251 N. Main Street, Winston-Salem, NC
**COURTROOM NO.:**     2
**DATE AND TIME:**    February 23, 2022 at 10:00 a.m.*
    **PROCEEDING:**   Final Pretrial Conference

***In the event the case is resolved prior to the pretrial conference, the parties are to promptly notify the court through a filing in CM/ECF, after which the pretrial conference will automatically be cancelled.**

---

John S. Brubaker, Clerk

By: /s/ Anita Engle, Deputy Clerk

Date: January 13, 2022

To: All Counsel and/or Parties of Record