IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAJOR BOYD WHITLEY,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFF VAN SHAW, CAPTAIN M. NESBITT, LIEUTENANT W. WALLACE,<br><br>    Defendants | 1:19-cv-358 |

## ORDER

This matter is before the court on the parties' Joint Notice of Settlement in Principle and Motion to Stay Pretrial Deadlines ("the Motion"). Based on the same,

IT IS ORDERED that the motion is GRANTED. The deadlines for the parties to file their final pretrial submissions, previously due pursuant to the schedule set by this Court's February 11, 2022 Order (Doc. 48), are hereby stayed indefinitely to permit the parties to take the steps to confirm their settlement.

IT IS FURTHER ORDERED that the pretrial conference set for February 23, 2022, at 10:00 a.m. in Courtroom 2 in Winston-Salem remains scheduled in order for the parties to confirm settlement of this case in open court.

                                            /s/   Thomas D. Schroeder
                                       United States District Judge

February 16, 2022